Vernon A. Nelson, Jr.
Nevada Bar No.: 6434
Jennifer Golanics
Nevada Bar No.: 13687
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com

Attorneys for Plaintiff
MARK GUTIERREZ

Trevor R. Waite
twaite@alversontaylor.com
ALVERSON, TAYLOR, & SANDERS
6605 Grand Montecito Parkway, Suite #200
Las Vegas, Nevada 89149
Tel: (702) 384-7000
Fax: (702) 385-7000

David J. Kaminski (CA SBN 128509)
*Admitted Pro Hac Vice*
Kaminskid@cmtlaw.com
Michael P. Lavigne (CA SBN 216538)
*Admitted Pro Hac Vice*
lavignem@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant,
AARGON AGENCY, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Gutierrez, <br><br>      Plaintiff, <br><br>     vs. <br><br> Aargon Agency, Inc., dba Aargon Collections, a Nevada Corporation <br><br>     Defendant | Case No.: 2:18-cv-02248-KJD-BNW <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

    **PLEASE TAKE NOTICE** that this entire action has been settled.  The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to

Plaintiff's individual claims and without prejudice as to the class claims, within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

THE LAW OFFICE OF VERNON NELSON

Dated:  August 16, 2019                    s/Vernon A. Nelson, Jr
                                            Vernon A. Nelson, Jr
                                            Jennifer Golanics
                                            Attorneys for Plaintiff
                                            Mark Gutierrez


**CARLSON & MESSER LLP**

Dated: August 16, 2019                     s/David J. Kaminski
                                            David J. Kaminski
                                            Michael P. Lavigne
                                            Attorneys for Defendant,
                                            AARGON AGENCY, INC.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Vernon A. Nelson, Jr, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

CARLSON & MESSER LLP

Dated:  August 16, 2019                    s/David J. Kaminski
                                          David J. Kaminski
                                          Attorney for Defendant,

## **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 16th day of August, 2019, a true and accurate copy of the foregoing Notice of Settlement was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.


/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP