Vernon A. Nelson, Jr.
Nevada Bar No.: 6434
Jennifer Golanics
Nevada Bar No.: 13687
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV 89103
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com

Attorneys for Plaintiff,
*MARK GUTIERREZ*

Trevor R. Waite
twaite@alversontaylor.com
ALVERSON, TAYLOR, & SANDERS
6605 Grand Montecito Parkway, Suite #200
Las Vegas, Nevada 89149
Tel: (702) 384-7000
Fax: (702) 385-7000

David J. Kaminski (CA SBN 128509)
*Admitted Pro Hac Vice*
Kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant,
*AARGON AGENCY, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mark Gutierrez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Aargon Agency, Inc., dba Aargon Collections, a Nevada Corporation<br><br>　　　　Defendant. | Case No.: 2:18-cv-02248-KJD-BNW<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, PURSUANT TO FRCP 41(a((1)(A)(ii)** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff MARK GUTIERREZ ("Plaintiff") and Defendant AARGON AGENCY, INC., ("Defendant"), through their respective counsel of record, that the entire action shall be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

{00124123;1}　　　　　　　　　　　　　　1

Each party to bear their own costs and expenses.

**THE LAW OFFICE OF VERNON NELSON**

Dated:  November 21, 2019       s/ Vernon A. Nelson, Jr
Vernon A. Nelson, Jr
Jennifer Golanics
Attorneys for Plaintiff
*MARK GUTIERREZ*

**CARLSON & MESSER LLP**

Dated: November 21, 2019        s/ David J. Kaminski
David J. Kaminski
Attorneys for Defendant,
*AARGON AGENCY, INC.*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Vernon A. Nelson, Jr, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

**CARLSON & MESSER LLP**

Dated: November 21, 2019          s/ David J. Kaminski
                                  David J. Kaminski
                                  Attorneys for Defendant,
                                  *AARGON AGENCY, INC.*

# CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on this 21st day of November, 2019, a true and accurate copy of the foregoing Stipulation Re: Dismissal of Entire Action with Prejudice, Pursuant to FRCP 41(a)(1) was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

**CARLSON & MESSER LLP**

Dated: November 21, 2019

s/ David J. Kaminski
David J. Kaminski
Attorneys for Defendant,
*AARGON AGENCY, INC.*

{00124123;1}

1

**STIPIULATION TO DISMISS**
2:18-cv-02248-KJD-BNW