**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark Gutierrez,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Aargon Agency, Inc., dba Aargon Collections, a Nevada Corporation<br><br>　　　　　Defendant. | Case No.: 2:18-cv-02248-KJD-BNW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party to bear their own costs and expenses.

IT IS SO ORDERED.

Dated: _____                    _____

　　　　　　　　　　　　　　　　　　　Honorable Kent J. Dawson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE